# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE COMPLAINT OF PACIFIC MARITIME FREIGHT, INC., DBA PACIFIC TUGBOAT SERVICE, A CALIFORNIA CORPORATION, FOR EXONERATION FROM OR LIMITATION OF LIABILITY, | IN ADMIRALTY<br><br>Case No. 17cv2441-MMA-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 31] |
|---|---|

The Court, having reviewed the Joint Motion for Dismissal with Prejudice on file in the above-captioned matter hereby **ORDERS** the matter dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: June 5, 2020

HON. MICHAEL M. ANELLO
United States District Judge